```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

JERRY P. SMITH, JR.              *         CIVIL ACTION

VERSUS                           *         NO: 05-6424

DIAMOND OFFSHORE DRILLING,       *         SECTION: "D"(2)
INC.
```

### ORDER AND REASONS

Before the court is the **"Motion for Partial Summary Judgment of Plaintiff's Claim for Maintenance and Cure"** filed by Defendant, Diamond Offshore Management Company, who submits that there is no dispute that Plaintiff, Jerry P. Smith, Jr., reached maximum medical improvement as of June 16, 2005, and thus all payments for maintenance and cure must be terminated under general maritime law. The motion was set for hearing on Wednesday, July 19, 2006, but in a letter dated July 10, 2006, counsel for Plaintiff advised the court that Plaintiff "will not be filing an opposition" to said motion.

Accordingly,

**IT IS ORDERED** that Defendant's *unopposed* **"Motion for Partial Summary Judgment of Plaintiff's Claim for Maintenance and Cure"** be

and is hereby **GRANTED**, entitling Defendant to a partial summary judgment declaring that any and all obligations under the general maritime law for maintenance and cure have been satisfied by Defendant.

New Orleans, Louisiana, this **12th** day of **July, 2006**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE